Jeanne A. Fugate (SBN 236341)
*jfugate@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone: +1 213 443-4355
Facsimile:  +213 443-4310

David Tetrick, Jr. (*pro hac vice*)
*dtetrick@kslaw.com*
Darren A. Shuler (*pro hac vice*)
*dshuler@kslaw.com*
Benjamin B. Watson (*pro hac vice*)
*bwatson@kslaw.com*
KING & SPALDING LLP
1180 Peachtree Street N.E. Ste. 1600
Atlanta, GA 30309-3521
Telephone:  +1 404 572 4600
Facsimile:   +1 404 572 5100

*Counsel for Defendant Molina Healthcare, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## (WESTERN DIVISION)

| | |
|---|---|
| MICHELLE MILLS, COY SARELL, CHAD WESTOVER, BRENT ALESHIRE, BARBARA KERSHNER, PAULA SCHAUB, and JENNIFER SILVA, individually and as representatives of a class of participants and beneficiaries on behalf of the Molina Salary Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>MOLINA HEALTHCARE, INC., and JOHN DOES 1-10,<br><br>Defendants. | Case No. 2:22-cv-1813-ODW-GJS<br>Hon. Otis D. Wright II, Courtroom 5D<br><br>**DEFENDANT MOLINA HEALTHCARE, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**<br><br>[Filed concurrently with Memorandum of Points and Authorities in Support of Motion to Dismiss; and Proposed Order]<br><br>Date: Monday, August 1, 2022<br>Time: 1:30 PM<br>Dept.: Courtroom 5D |

## <u>NOTICE OF MOTION AND MOTION TO DISMISS</u>

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE THAT on August 1, 2022, at 1:30 p.m., in the Courtroom of the Honorable Otis D. Wright II, whether virtually or in Courtroom 5D located in the First Street Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, Defendant Molina Healthcare, Inc. ("Molina") will and hereby does move this Court for an order granting its Motion to Dismiss Plaintiffs' Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). This motion is made on the grounds that the Complaint fails to allege sufficient facts required by *Ashcroft v. Iqbal*, 556 U.S. 662 (2009) and *Bell Atlantic Corp. v. Twombly*, 550 U.S. 554 (2007) to state a claim. Specifically:

1. Count I fails to allege facts sufficient to state a claim that Defendants' selecting and maintaining the flexPATH Index target-date funds, as an investment option in the Molina Salary Savings Plan ("Plan"), breached Defendants' fiduciary duties under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 *et seq.*

2. Count II fails to allege facts sufficient to state a claim that Defendants' allowing the Plan to include certain investments with allegedly higher-cost shares than were allegedly available breached Defendants' duty of prudence under ERISA.

3. Count III fails to allege facts sufficient to state a claim that Defendants

DEFENDANT MOLINA HEALTHCARE INC.'S NOTICE OF MOTION AND MOTION TO DISMISS
PLAINTIFFS' CLASS ACTION COMPLAINT

1    breached their fiduciary duties under ERISA by failing to monitor other fiduciaries.

2         This Motion is based on this Notice and accompanying Memorandum of

3    Points and Authorities in support thereof, the pleadings and records on file with this

4

5    Court, and any evidence and argument that may be presented at or before the hearing

6    on this matter.

7         This Motion is made following the conference of counsel pursuant to Local

8

9    Rule 7-3, which took place on May 5, 2022.

10        **WHEREFORE,** Molina moves for an Order dismissing all claims against it.

11

12        Dated: May 27, 2022          Respectfully submitted,

13                                      /s/ *Jeanne A. Fugate*
                                        Jeanne A. Fugate (SBN 236341)
14                                      jfugate@kslaw.com
                                        KING & SPALDING LLP
15                                      633 West Fifth Street
                                        Suite 1600
16                                      Los Angeles, CA 90071
                                        Telephone: +1 213 443-4355
17

18

19                                      David Tetrick, Jr. (*pro hac vice*)
                                        dtetrick@kslaw.com
20                                      Darren A. Shuler (*pro hac vice*)
                                        dshuler@kslaw.com
21                                      Benjamin B. Watson (*pro hac vice*)
                                        bwatson@kslaw.com
22
                                        KING & SPALDING LLP
23                                      1180 Peachtree Street
                                        Atlanta, Georgia 30309
24                                      Telephone: (404) 572-4600
                                        Fax: (404) 572-5139
25

26

27                                      *Attorneys for Molina Healthcare, Inc.*

28
                                        2