1  CATALINA VERGARA (S.B. #223775)
   cvergara@omm.com
2  KEVIN KRAFT (S.B. #318170)
   kkraft@omm.com
3  O'MELVENY & MYERS LLP
   400 South Hope Street, 18th Floor
4  Los Angeles, California 90071-2899
   Telephone:  +1 213 430 6000
5  Facsimile:  +1 213 430 6407

6

   Attorneys for Defendant
7  NFP Retirement, Inc.

8
                   **UNITED STATES DISTRICT COURT**
9
                 **CENTRAL DISTRICT OF CALIFORNIA**
10
                        **WESTERN DIVISION**
11

12
   MICHELLE MILLS, COY SARELL,          Case No. 8:22-cv-01813-ODW
13 CHAD WESTOVER, BRENT
   ALESHIRE, BARBARA KERSHNER,
14 PAULA SCHAUB, and JENNIFER
   SILVA, individually and as
15 representatives of a class of participants
   and beneficiaries on behalf of the      **DEFENDANT NFP
16 Molina Salary Savings Plan,             RETIREMENT, INC.'S NOTICE
                                           OF INTERESTED PERSONS
17                Plaintiffs,              OR ENTITIES**

18         v.
                                           FAC Filed:    May 13, 2022
19 MOLINA HEALTHCARE, INC., THE           FAC Served:   July 22, 2022
   BOARD OF DIRECTORS OF                   Judge:        Hon. Otis Wright
20 MOLINA HEALTHCARE, INC., THE           Courtroom:    5D
   MOLINA SALARY SAVINGS PLAN
21 INVESTMENT COMMITTEE, and
   NFP RETIREMENT, INC.,
22
23                Defendant.

24

25

26

27

28
                                              NFP'S NOTICE OF INTERESTED
                                                   PERSONS OR ENTITIES
                                                     8:22-CV-01813-ODW

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Civil Local Rule 7.1.1 and Federal Rule of Civil Procedure 7.1, Defendant NFP Retirement, Inc. ("NFP") certifies that the following listed parties may have a direct or indirect pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiffs Michelle Mills, Coy Sarell, Chad Westover, Brent Aleshire, Barbara Kershner, Paula Schaub, and Jennifer Silva;

2. Plaintiffs' Counsel;

3. Defendants Molina Healthcare, Inc., the Board of Directors of Molina Healthcare, Inc., and the Molina Salary Savings Plan Investment Committee; and

4. Defendant NFP.

NFP further states that it does not have publicly-traded securities. NFP Ultimate Holdings, LLC is the ultimate parent company of NFP Corp., which is a parent company of NFP Retirement, Inc. NFP Ultimate Holdings, LLC is majority-owned by fund affiliates of Madison Dearborn Partners, LLC and HPS Investment Partners, LLC.

Dated: August 23, 2022          By:    */s/ Catalina Vergara*
                                        Catalina Vergara

                                 CATALINA VERGARA
                                 O'MELVENY & MYERS LLP

                                 Attorneys for Defendant
                                 NFP Retirement, Inc.

NFP'S NOTICE OF INTERESTED
PERSONS OR ENTITIES
8:22-CV-01813-ODW