Jeanne A. Fugate (SBN 236341)
jfugate@kslaw.com
KING & SPALDING LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone: +1 213 443-4355

David Tetrick, Jr. (*pro hac vice*)
dtetrick@kslaw.com
Darren A. Shuler (*pro hac vice*)
dshuler@kslaw.com
Benjamin B. Watson (*pro hac vice*)
bwatson@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street N.E. Ste. 1600
Atlanta, GA 30309-3521
Telephone:   +1 404 572 4600
Facsimile:   +1 404 572 5100

*Counsel for the Molina Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
(WESTERN DIVISION)**

| | |
|---|---|
| MICHELLE MILLS, COY SARELL, CHAD WESTOVER, BRENT ALESHIRE, BARBARA KERSHNER, PAULA SCHAUB, and JENNIFER SILVA, individually and as representatives of a class of participants and beneficiaries on behalf of the Molina Salary Savings Plan,<br><br>    Plaintiffs,<br><br>    v.<br><br>MOLINA HEALTHCARE, INC., THE BOARD OF DIRECTORS OF MOLINA HEALTHCARE, INC., THE MOLINA SALARY SAVINGS PLAN INVESTMENT COMMITTEE, and NFP RETIREMENT, INC.,<br><br>    Defendants. | Case No. 2:22-cv-1813-ODW-GJS<br>Hon. Otis D. Wright II, Courtroom 5D<br><br>**THE BOARD OF DIRECTORS OF MOLINA HEALTHCARE, INC. AND THE MOLINA SALARY SAVINGS PLAN INVESTMENT COMMITTEE'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD

The undersigned, counsel of record for Molina Healthcare, Inc.; The Board of Directors of Molina Healthcare, Inc.; and The Molina Salary Savings Plan Investment Committee, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

| PARTY | CONNECTION / INTEREST |
|---|---|
| American International Group, Inc. | Molina Healthcare, Inc. is insured under a fiduciary liability policy issued by National Union Fire Insurance Company of Pittsburgh, Pa., a subsidiary and affiliate of American International Group, Inc. |

Dated: August 23, 2022         Respectfully submitted,

*/s/ Jeanne A. Fugate*
Jeanne A. Fugate

*Attorneys for Molina Healthcare, Inc., The Board of Directors of Molina Healthcare, Inc. and The Molina Salary Savings Plan Investment Committee*