1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**(WESTERN DIVISION)**

| | |
|---|---|
| MICHELLE MILLS, COY SARELL, CHAD WESTOVER, BRENT ALESHIRE, BARBARA KERSHNER, PAULA SCHAUB, and JENNIFER SILVA, individually and as representatives of a class of participants and beneficiaries on behalf of the Molina Salary Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>MOLINA HEALTHCARE, INC., THE BOARD OF DIRECTORS OF MOLINA HEALTHCARE, INC., THE MOLINA SALARY SAVINGS PLAN INVESTMENT COMMITTEE, and NFP RETIREMENT, INC.,<br><br>Defendants. | Case No. 2:22-cv-1813-ODW-GJS<br>Hon. Otis D. Wright II, Courtroom 5D<br><br>**[PROPOSED] ORDER GRANTING MOLINA DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>[Filed concurrently with Request for Judicial Notice in Support of Motion to Dismiss Plaintiffs' First Amended Class Action Complaint]<br><br>Date: October 24, 2022<br>Time: 1:30 PM<br>Dept.: Courtroom 5D |

**[PROPOSED] ORDER**

Defendants Molina Healthcare, Inc. ("Molina"), the Board of Directors of Molina Healthcare, Inc., and the Molina Salary Savings Plan Investment Committee (collectively, the "Molina Defendants") filed a Request for Judicial Notice in Support of their Motion to Dismiss Plaintiffs' First Amended Class Action Complaint (the "Request for Judicial Notice").

The Court, having considered all materials filed in support of and in opposition to the Request for Judicial Notice and the arguments of the parties and of counsel, hereby **GRANTS** the Request for Judicial Notice.

**IT IS SO ORDERED.**

DATED: _____, 2022      _____
THE HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE