Jeanne A. Fugate (SBN 236341)
jfugate@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: +1 213 443-4355

David Tetrick, Jr. (*pro hac vice*)
dtetrick@kslaw.com
Darren A. Shuler (*pro hac vice*)
dshuler@kslaw.com
Benjamin B. Watson (*pro hac vice*)
bwatson@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street N.E. Ste. 1600
Atlanta, GA 30309-3521
Telephone:  +1 404 572 4600
Facsimile:   +1 404 572 5100

*Counsel for Defendants Molina Healthcare, Inc., The Board of Directors of Molina Healthcare, Inc., and The Molina Salary Savings Plan Inv. Committee*

*Additional counsel listed on the following page.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# (WESTERN DIVISION)

| | |
|---|---|
| MICHELLE MILLS, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>THE MOLINA SALARY SAVINGS PLAN INVESTMENT COMMITTEE, ET AL.<br><br>Defendants. | Case No. 2:22-cv-1813-SB-GJS<br>Hon. Stanley Blumenfeld, Jr., Courtroom 6<br><br>**NOTICE OF LODGING OF PROPOSED FINAL JUDGMENT**<br><br>Judge: Hon. Stanley Blumenfeld, Jr.<br><br>Action Filed: March 18, 2022<br>Trial Date: November 6, 2023<br>Department: Courtroom 6C |

| | |
|---|---|
| 1 | |
| 2 | CATALINA VERGARA (SBN 223775) |
| | cvergara@omm.com |
| 3 | MEAGHAN VERGOW (*pro hac vice*) |
| | mvergow@omm.com |
| 4 | BRIAN D. BOYLE (S.B. #126576) |
| | bboyle@omm.com |
| 5 | PATRICK PLASSIO (*pro hac vice*) |
| 6 | pplassio@omm.com |
| | KEVIN KRAFT (SBN 318170) |
| 7 | kkraft@omm.com |
| | O'MELVENY & MYERS LLP |
| 8 | 400 South Hope Street, 18th Floor |
| | Los Angeles, California 90071-2899 |
| 9 | Telephone: +1 213 430 6000 |
| 10 | Facsimile: +1 213 430 6407 |
| 11 | *Counsel for Defendant flexPATH Strategies, LLC* |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

NOTICE OF LODGING OF PROPOSED FINAL JUDGMENT

Pursuant to the Court's Findings of Fact and Conclusions of Law (ECF No. 257), Defendants Molina Healthcare, Inc., the Board of Directors of Molina Healthcare, Inc., the Molina Salary Savings Plan Investment Committee, and flexPATH Strategies, LLC hereby lodge a Proposed Final Judgment in the above-captioned matter. Counsel for Defendants have conferred with counsel for Plaintiffs, and represent that this lodged Proposed Final Judgment is agreed as to form, consistent with the Court's directive in the Findings of Fact and Conclusions of Law.

Dated: March 26, 2024                Respectfully submitted,

/s/ *Darren A. Shuler*
DARREN A. SHULER
KING & SPALDING LLP

*Counsel for Molina Healthcare, Inc., The Board of Directors of Molina Healthcare, Inc., and The Molina Salary Savings Plan Investment Committee*

/s/ *Catalina Vergara*
CATALINA VERGARA
O'MELVENY & MYERS LLP

*Counsel for Defendant flexPATH Strategies, LLC*