# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# (WESTERN DIVISION)

| | |
|---|---|
| MICHELLE MILLS ET AL.<br><br>    Plaintiffs,<br><br>    v.<br><br>THE MOLINA SALARY SAVINGS PLAN INVESTMENT COMMITTEE ET AL.<br><br>    Defendants. | Case No. 2:22-cv-1813-SB-GJS<br>Hon. Stanley Blumenfeld, Jr.,<br><br>**FINAL JUDGMENT**<br><br>Judge: Hon. Stanley Blumenfeld, Jr.<br><br>Action Filed: March 18, 2022<br>Trial Date: November 6, 2023<br>Department: Courtroom 6C |

1. The Court adopts the following proposed final judgment submitted by the parties, which is agreed as to form.

Plaintiffs filed their operative Second Amended Complaint ("SAC") in this action on September 9, 2022. ECF No. 79.

On December 8, 2022, the Court granted in part Defendants' motions to dismiss, dismissing all of Plaintiffs' claims against Defendant NFP Retirement, Inc. ("NFP") in Counts One and Four, along with Plaintiffs' claims in Count Two and Count Five against Molina Healthcare, Inc., the Board of Directors of Molina Healthcare, Inc., and the Molina Salary Savings Plan Inv. Committee (the "Molina Defendants"). ECF No. 123.

On September 27, 2023, the Court granted summary judgment in favor of defendant flexPATH Strategies, LLC ("flexPATH") on Plaintiffs' claims in Count IV against flexPATH under 29 U.S.C. § 1106(a)(1)(A), (a)(1)(C), and (b)(3). ECF No. 189.

During a six-day bench trial beginning on November 6, 2023 and concluding on November 14, 2023, the remaining parties to this action tried the remaining portions of the remaining Counts in this action. On March 20, 2024, this Court issued findings of fact and conclusions of law in favor of the Molina Defendants and flexPATH and against Plaintiffs Michelle Mills, Coy Sarell, Chad Westover, Brent Aleshire, Barbara Kershner, Paula Schaub, and Jennifer Silva on all remaining parts of all remaining Counts of the SAC. ECF No. 257.

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, in accordance with the Court's December 8, 2022 Order Granting in Part and Denying in Part Motions to Dismiss Second Amended Complaint (ECF No. 123), the Court's September 27, 2023 Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment (ECF No. 189), and the Court's Findings of Fact and Conclusions of Law dated March 20, 2024 (ECF No. 257), issued after the Court presided over a six-day bench trial beginning on November 6, 2023 and concluding

on November 14, 2023, and the entirety of the record available, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT judgment on the merits be entered in favor of the Defendants on Plaintiffs' claims, that Plaintiffs take nothing in this action, and the Defendants are the prevailing parties. Accordingly, Defendants may file an application to tax costs in accordance with Local Rule 54-2 and Rule 54 of the Federal Rules of Civil Procedure.

This is a final judgment.

Dated: March 27, 2024

Stanley Blumenfeld Jr.
United States District Judge